UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| UNITED STATES OF AMERICA | § | |
|---|---|---|
| | § | |
| VS. | § | MAGISTRATE NO. 2:14-MJ-00203-2 |
| | § | |
| LUIS URIEL ALVAREZ | § | |

**MEMORANDUM OPINION AND ORDER OF DETENTION PENDING TRIAL**

A detention hearing has been held in accordance with the Bail Reform Act, 18 U.S.C. § 3142(f).  The following requires detention of the defendant pending trial in this case:

(1)     There is probable cause to believe the defendant committed an offense for which a maximum term of imprisonment of ten years or more is prescribed in 21 U.S.C. § 841(b)(1)(A); and

(2)     The defendant has not rebutted the presumption that no condition or combination of conditions will reasonably assure the appearance of the defendant as required and the safety of the community.

The evidence against the defendant is substantial.  The defendant admitted he was being paid to transport methamphetamine.  The findings and conclusions contained in the Pretrial Services Report are adopted.  The Defendant is facing a ten-year minimum mandatory sentence, and he does not have resources necessary to address risk of flight. According to the testimony of the agent and the complaint, the Defendant traveled into Mexico to pick up the drugs.  The court would be willing to reconsider the issue of bond if the Defendant can produce a co-surety with non-exempt assets and a significant bond

deposit.

The defendant is committed to the custody of the United States Marshal or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal.  The defendant shall be afforded a reasonable opportunity for private consultation with defense counsel.  On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility shall deliver the defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

ORDERED this 28th day of February, 2014.

B. JANICE ELLINGTON
UNITED STATES MAGISTRATE JUDGE